IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS WELFARE FUND WELFARE FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS SAVINGS FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS APPRENTICESHIP FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS SCHOLARSHIP FUND, AND TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS JOINT COOPERATION TRUST FUND, <br><br> Plaintiffs, <br><br> v. <br><br> ALCA, INC., an Illinois Corporation and DAVID PASQUINELLI, <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 17 CV 8166 <br><br> Judge Wood |

## PLAINTIFFS' MOTION FOR JUDGMENT IN A SUM CERTAIN

Plaintiffs, by and through their attorneys, DONALD D. SCHWARTZ, JAMES R. ANDERSON, and ARNOLD AND KADJAN, LLP, move this Court to enter judgment in favor of Plaintiffs and against the Defendants Alca, Inc. and David Pasquinelli in a sum certain. In support of their Motion, the Plaintiffs state as follows:

1. The corporate Defendant, Alca, Inc. ("Alca") was served with the First Amended

1

Complaint on March 6, 2018. The individual Defendant, David Pasquinelli was served with the Summons and First Amended Complaint on April 19, 2018. This court entered an order of default against both Defendants on June 7, 2018.

2. According to the Affidavit of Richard Wolf, attached hereto as Exhibit 1, the Defendant, Alca, owes $9,087.70 to Plaintiffs, consisting of $6,104.56 for contributions, $915.68 in liquidated damages and $945.00 in audit costs, based upon the findings of a fringe benefit fund contribution compliance audit for the period from July 1, 2017 through August 31, 2018. Additionally, Defendant owes $1,122.46 in outstanding liquidated damages for the period from July 2017 through September, 2017.

5. Defendant, David Pasquinelli is in default and all allegations in the Complaint are deemed to be true. As a consequence of failing to provide a bond, Pasquinelli is personally liable to the Funds for all amounts owed by Alca, Inc. See First Amended Complaint, Count II at paras 14-19, attached as Exhibit 2.

WHEREFORE, Plaintiffs pray that this Court grant the following relief:

A. That judgment be entered in favor of Plaintiffs and against the Defendants, Alca, Inc. and David Pasquinelli in the amount of $9,087.70.

        Respectfully submitted,

        TRUSTEES OF THE CHICAGO PAINTERS e t al

        s/    James R. Anderson
        One of the attorneys for Plaintiffs

DONALD D. SCHWARTZ
JAMES R. ANDERSON
ARNOLD AND KADJAN LLP
35 E. Wacker Drive, Suite 600
Chicago, Illinois 60601
(312) 236-0415